United States District Court
Southern District of Texas
**ENTERED**
September 30, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **MARCUS E. ADAMS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:21-CV-00203 |
| | § | |
| **INDIVIOR INC.,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

### ORDER ACCEPTING MEMORANDUM AND RECOMMENDATION

Plaintiff Marcus E. Adams was involved in a motorcycle accident. To control accident-related pain, Adams was prescribed, started taking, and become addicted to a series of drugs, namely Suboxone. Adams filed this products-liability action seeking monetary damages from Defendant Indivior Inc., alleging that he became addicted to Suboxone.

Pending before the Court is the September 13, 2022 Memorandum and Recommendation ("M&R") signed by Magistrate Judge Jason B. Libby. (Dkt. No. 39). In the M&R Magistrate Judge Libby recommends that the Court grant Indivior's Motion to Dismiss Adams' amended complaint. (Dkt. No. 33 at 1).

The Parties were provided proper notice and the opportunity to object to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No Party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005).

No plain error appears. Accordingly, the Court **ACCEPTS** the M&R as the opinion of the Court, **GRANTS** Indivior's Motion to Dismiss, (Dkt. No. 33), and **DISMISSES** this case **WITH PREJUDICE**.

It is SO ORDERED.

Signed on September 30, 2022.

											*Drew B Tipton*
											**DREW B. TIPTON**
											**UNITED STATES DISTRICT JUDGE**